**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA

vs.                              NO. 4:05CR00040-009  SWW

DANIEL RAY NEAL

### ORDER

The above entitled cause came on for hearing on government's motion to revoke the supervised release previously granted this defendant in the United States District Court for the Eastern District of Arkansas. Based upon the admissions of defendant, the Court found that defendant has violated the conditions of his supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the supervised release previously granted this defendant, be, and it is hereby, ***revoked,*** granting government's motion [doc #514]. Defendant shall serve a term of imprisonment of ***NINE (9) MONTHS*** in the custody of the Bureau of Prisons. The Court recommends that defendant be incarcerated as close to Arkansas as possible; that defendant participate in residential or non-residential substance abuse treatment during incarceration.

There will be ***NO*** supervised release to follow.

IT IS SO ORDERED this 23rd day of March 2010.

/s/Susan Webber Wright

United States District Judge